**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-7147**

BENJAMIN WILLIAM FAWLEY,

            Plaintiff – Appellant,

      v.

GENE JOHNSON, Director, Department of Corrections; LARRY
HUFFMAN, Western Regional Director; R.C. MATHENA, Warden,
Keen Mountain Correctional Center; MR. D. VASS, Treatment
Program Supervisor; MS. RIFE, Protective Custody Unit
Counselor,

            Defendants – Appellees,

      and

OTHER JANE AND JOHN DOE OFFICIALS AND STAFF,

            Defendants.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Jackson L. Kiser, Senior
District Judge.  (7:09-cv-00041-JLK)

Submitted:  January 27, 2012        Decided:  February 21, 2012

Before WILKINSON, NIEMEYER, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Benjamin William Fawley, Appellant Pro Se. John Michael Parsons, Assistant Attorney General, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Benjamin William Fawley appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) civil rights complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Fawley v. Johnson, No. 7:09-cv-00041-JLK (W.D. Va. July 28, 2011). We deny Fawley's motion for an evidentiary hearing and deny as moot Fawley's motions seeking leave to file his informal briefs without exhibits and without serving Appellees. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3